United States Bankruptcy Court
Eastern District of New York

In re:                                                                  Case No. 13-41405-cec
Jeffrey Greenberg                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: dmcfadden          Page 1 of 2                Date Rcvd: Mar 13, 2013
                              Form ID: 170             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2013.
```
db          +Jeffrey Greenberg,    9511 Shore Road,    No. 301,    Brooklyn, NY 11209-7550
7966040     +Anthony Germano,    711 Third Avenue,    New York, NY 10017-4014
7966043     +New York State Department of Taxation and Finance,    Bankruptcy Section,    P.O. Box 5300,
              Albany, NY 12205-0300
7966042     +Richard A.Altrnan,    285 West Fourth Street,    New York, NY 10014-2222
7966039     +Seaman and Wainwright LLP,    711 Third Avenue,    New York, NY 10017-4014
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Mar 13 2013 18:21:40     United States Trustee,
              Office of the United States Trustee,    271 Cadman Plaza East,    Brooklyn, NY 11201-1833
7966041      E-mail/Text: cio.bncmail@irs.gov Mar 13 2013 18:19:08     Internal Revenue Service,
              Insolvency Section SA 5335,    P.O. Box 21126,    Philadelphia, PA 19114
                                                                                             TOTAL: 2
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2013                    Signature:  _Joseph Speetjens_

```
District/off: 0207-1           User: dmcfadden              Page 2 of 2                  Date Rcvd: Mar 13, 2013
                               Form ID: 170                 Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2013 at the address(es) listed below:

        Michael J. Macco    ecf@maccosternlaw.com, jzarrilli@maccosternlaw.com
        United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                                                                         TOTAL: 2

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−13−41405−cec |
| Jeffrey Greenberg | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−9306 | |
| DEBTOR(s) | |

## NOTICE OF HEARING ON CONFIRMATION

**Notice Is Hereby Given That:**

A hearing on confirmation of the Proposed Chapter 13 Plan filed by the above−captioned debtor(s), will be held before the Honorable Carla E. Craig , United States Bankruptcy Judge, on **May 21, 2013 at 10:00 AM** at the following location:

**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3529 − 3rd Floor, Brooklyn, NY 11201−1800**

Enclosed is a copy of the debtor(s) proposed chapter 13 plan for your review. Objections, if any, to the confirmation of the plan must be in writing and filed with the Clerk on or before the date of the hearing. If no objections are timely filed, the plan may be deemed to have been filed in good faith.

Dated: March 13, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLcnfhrg.jsp** [Notice of Hearing on Confirmation rev. 09/29/09]