B 6F (Official Form 6F) (12/07)

**In re** **Jeffrey Greenberg**_____,   **Case No.** _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5578<br><br>American Express<br>PO Box 297871<br>Fort Lauderdale , FL 33329 | | | | | | | $1,586.00 |
| ACCOUNT NO.  N/A<br><br>Anthony Germano<br>120 York Road<br>Thorofare, NJ 08086 | | | 12/29/09 | X | X | X | $0.00 |
| ACCOUNT NO.  8193<br><br>Anthony Germano<br>c/o John Gordon Nicol Esq<br>Seaman & wainwright LLP<br>771 Third Avenue, Ste 1505<br>New york, NY 10017 | | | 12/29/09 | X | X | X | Unknown |
| ACCOUNT NO.  n/a<br><br>Law Office of Richard Altman<br>285 W Fourth Street<br>New York, NY 10014 | | | 12/29/09 | X | X | X | Unknown |

___1___ continuation sheets attached

Subtotal➤   $ **1,586.00**

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

**In re Jeffrey Greenberg**,  **Case No.** _____
        **Debtor**                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6xxx<br><br>Professional Account Management<br>633 W wisconsin Avenue<br>Milwaukee, WI 53203 | | | | | | | $255.00 |
| ACCOUNT NO. n/a<br><br>Seaman & Wainwright LLP<br>160 E 38th Street<br>Ste 12B<br>New York, NY 10016 | | | 12/29/09 | X | X | X | Unknown |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ **255.00**

Total➤ $ **1,841.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

**In Re:**

**Jeffrey Greenberg**

**Case No.**

**Chapter  7**

**Debtor(s)**

-----------------------------------------------------------x

## AMENDED -VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:  **September 3, 2013**

**s/Jeff Greenberg**
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

American Express
PO Box 297871
Fort Lauderdale  FL 33329


Anthony Germano
co John Gordon Nicol Esq
Seaman  wainwright LLP
771 Third Avenu
New york NY 10017


Anthony Germano
120 York Road
Thorofare NJ 08086


Internal Revenue Service
POB 21126
Philadelphia PA 19114-0326


Law Office of Richard Altman
285 W Fourth Street
New York NY 10014


Professional Account Management
633 W wisconsin Avenue
Milwaukee WI 53203


Seaman & Wainwright LLP
160 E 38th Street
Ste 12B
New York NY 10016