March 28, 2013

Jeffrey Greenberg (DEBTOR)

9511 Shore Road #301

Brooklyn, NY 11209

xxx-xx-9306

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2013 MAR 28 P 3:06

RECEIVED

UNITED STATES BANKRUPTCY COURT

Eastern District Of New York

271-Cadman Plaza East, Suite 1595

Brooklyn, NY 11201-1800

(cc to Trustee- Michael J Macco )

IN RE: Case Number ; 1-13-41405-cee

Notice of Deficient filing-Ch 13

Sirs,

As per the checked request for copy of payment stubs received within 60 days of filing by debtor- this requirement is not applicable, as Jeffrey Greenberg (debtor) was not employed during that time period.

His employment status is "self-employed" with current income being derived from sales on "ebay".

February 2013 sales totaled $3,287. Profit from these sales was $905.

March 2013 sales totaled $6,138. Profit from these sales was $2453.

3/28/2013

Vitaly Tokar

VITALY M. TOKAR
Notary Public, State of New York
No. 01TO6073136
Qualified In Kings County
Commission Expires April 15, 2014