United States Bankruptcy Court
Eastern District of New York

In re:                                                                   Case No. 13-41405-cec
Jeffrey Greenberg                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: mcuzzo              Page 1 of 2            Date Rcvd: Jun 07, 2013
                              Form ID: pdfdat           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2013.
db           +Jeffrey Greenberg,   9511 Shore Road,   No. 301,   Brooklyn, NY 11209-7550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2013**              **Signature:**     _Joseph Speetjens_

```
District/off: 0207-1           User: mcuzzo              Page 2 of 2              Date Rcvd: Jun 07, 2013
                               Form ID: pdfdat           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2013 at the address(es) listed below:
        Michael J. Macco    ecf@maccosternlaw.com,   jzarrilli@maccosternlaw.com
        United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                                                                                   TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
271 Cadman Plaza East, Ste 1595
Brooklyn, NY 11201-1800
(347) 394-1700

_____

**In Re:**                                              **Case No. 13-41405-cec**

     **Jeffrey Greenberg**

                                                        **Chapter 13**

_____

      Filing fee of $ 281.00 must be paid in order for the debtor to receive a discharge of debts listed and served.

      There is a balance due of  $ 140.50.

      If the filing fee is not paid within ten(10) days of this notice of delinquency, a hearing to dismiss the petition will be scheduled.

      Please enclose a money order payable to "CLERK, U.S. BANKRUPTCY COURT".


                                          **ROBERT A. GAVIN, JR.**
                                              **Clerk of Court**


                                       **By:     Michelle Cuzzo**
                                          **Financial Technician**


**Date: 6/7/2013**
**Brooklyn, New York**