United States Bankruptcy Court
Eastern District of New York

In re:                                                                          Case No. 13-41405-cec
Jeffrey Greenberg                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: acruz              Page 1 of 2              Date Rcvd: Jun 19, 2013
                              Form ID: 227             Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2013.
```
db         +Jeffrey Greenberg,    9511 Shore Road,   No. 301,   Brooklyn, NY 11209-7550
tr         +Michael J. Macco,    135 Pinelawn Road,   Suite 120 South,   Melville, NY 11747-3153
7966040    +Anthony Germano,    711 Third Avenue,   New York, NY 10017-4014
7966043    +New York State Department of Taxation and Finance,    Bankruptcy Section,   P.O. Box 5300,
             Albany, NY 12205-0300
7966042    +Richard A.Altrnan,    285 West Fourth Street,   New York, NY 10014-2222
7966039    +Seaman and Wainwright LLP,    711 Third Avenue,   New York, NY 10017-4014
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 19 2013 18:18:20     United States Trustee,
              Office of the United States Trustee,   271 Cadman Plaza East,   Brooklyn, NY 11201-1833
7966041      EDI: IRS.COM Jun 19 2013 18:13:00    Internal Revenue Service,   Insolvency Section SA 5335,
              P.O. Box 21126,   Philadelphia, PA 19114
                                                                                             TOTAL: 2
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 0207-1           User: acruz                Page 2 of 2                   Date Rcvd: Jun 19, 2013
                               Form ID: 227               Total Noticed: 8

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2013 at the address(es) listed below:
              Michael J. Macco    ecf@maccosternlaw.com,    jzarrilli@maccosternlaw.com
              United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−13−41405−cec |
| Jeffrey Greenberg | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−9306 | |
| DEBTOR(s) | |

## NOTICE OF DISMISSAL OF CASE

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above−named debtor(s) having filed a Chapter 13 petition in bankruptcy on March 13, 2013 and an order having been entered by the Honorable Carla E. Craig, United States Bankruptcy Judge, on June 18, 2013 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: June 18, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod** [Notice of Dismissal rev.9/23/02]